# KML LAW GROUP, P.C.

| | | |
|---|---|---|
| MICHAEL T. MCKEEVER* <br> LISA A. LEE* <br> KRISTINA G. MURTHA* <br> THOMAS I. PULEO <br> DAVID B. FEIN* <br> BRIAN C. NICHOLAS* <br> JAIME R. ACKERMAN* <br> LAUREN BERSCHLER KARL* <br> *PA & NJ BAR | ATTORNEYS AT LAW <br><br> SUITE 5000 <br> BNY MELLON INDEPENDENCE CENTER <br> 701 MARKET STREET <br> PHILADELPHIA, PENNSYLVANIA 19106-1532 <br> (215) 627-1322 <br> (866) 413-2311 <br> FAX (215) 627-7734 <br><br> WWW.KMLLAWGROUP.COM | JILL P. JENKINS* <br> JOSHUA I. GOLDMAN* <br> ALYK L. OFLAZIAN* <br> COLLEEN M. HIRST* <br> PAUL W. LUONGO* <br> CAITLIN M. DONNELLY* <br> VICTORIA W. CHEN* <br> JOHN GORYL <br> MATTHEW K. FISSEL* <br> MICHAEL J. CLARK* <br> NICHOLAS J. ZABALA* <br> REBECCA A. SOLARZ* <br> NORA C. VIGGIANO* <br> MATTHEW J. MCCLELLAND <br> DENISE CARLON <br> CHRISTOPHER FORD |

August 17, 2016

Honorable Gerald J. Pappert
United States District Court
Eastern District of Pennsylvania

RE:   UNITED STATES OF AMERICA vs. HOWARD LUCAS
      Docket #16-03979

Dear Judge Pappert:

Pursuant to your request, the status of the above-mentioned case, is such that the summons and filed complaint were sent to this office on or about July 22, 2016. Per Fed.R.Civ.P. 4(d), we sent a waiver of service to the Defendant on August 8, 2016 and have allowed the party 30 days to return the waiver.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

Thomas I. Puleo, Esq.

cc:
    HOWARD LUCAS