UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　Plaintiff<br>　v.<br>HOWARD LUCAS<br>　　　　　　　Defendant | Civil Action No: 16-03979 |

ORDER

AND NOW, this  21st  day of  October , 2016, upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make Service is granted.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.